**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Stephen Lawrence            CHAPTER 13
                Debtor(s)
                                   BKY. NO. 23-13617 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

    Respectfully submitted,

/s/ **Mark A. Cronin**
Mark Cronin
14 Dec 2023, 18:27:17, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: ad0eb9c7a8aae1ce3ce3726fa6e2bd2d0328d504e6f9e2fcdbf5ca1dc3d9c77e