United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13617-amc |
| Stephen Lawrence | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 06, 2024 | Form ID: 155 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen Lawrence, 4845 Bouvier Street, Philadelphia, PA 19141-1533 |
| 14838907 | + | Forge Federal Credit Union, c/o Jacqueline Larkin, Esq., Vaughan Baio & Partners, Two Logan Square, 100 N. 18th Street, Suite 700 Philadelphia PA 19103-2765 |
| 14834770 | | NEIF, P.O. Box 896, Fort Washington, PA 19034-0896 |
| 14834771 | + | Ntlenergyifn, 1005 Brookside Road, Allentown, PA 18106-9023 |
| 14839255 | + | PENNYMAC LOAN SERVICES, LLC, C/O Mark A. Cronin, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14838764 | | Transit Workers Federal Credit Union, 919 E Cayuga Street, Philadelphia, PA 19124-3817 |
| 14838969 | #+ | Transit Workers Federal Credit Union, c/o Howard Gershman, Gershman Law Offices, PC, 135 Old York Road, Jenkintown PA 19046-3617 |
| 14834778 | + | Tworkers Fcu, 919 E Cayuga St, Philadelphia, PA 19124-3817 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14834763 | ^ | MEBN | Sep 07 2024 02:17:11 | AT & T, P.O. Box 2171, Southgate, MI 48195-4171 |
| 14834761 | | Email/Text: ally@ebn.phinsolutions.com | Sep 07 2024 02:43:00 | Ally, PO Box 78234, Phoenix, AZ 85062-8234 |
| 14834760 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 07 2024 03:11:04 | Ally, P.O. Box 9212, Old Bethpage, NY 11804-9012 |
| 14834762 | | Email/Text: ally@ebn.phinsolutions.com | Sep 07 2024 02:43:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 14847646 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 07 2024 03:11:05 | Ally Lending, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14834779 | | Email/Text: megan.harper@phila.gov | Sep 07 2024 02:43:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Bankruptcy Group, MSB, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102 |
| 14834764 | + | Email/Text: bankruptcy@connexuscu.org | Sep 07 2024 02:44:00 | Connexus Credit Union, Attn: Bankruptcy, Po Box 8026, Wausau, WI 54402-8026 |
| 14834765 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Sep 07 2024 02:43:00 | Enerbank Usa, 1245 E Brickyard, Salt Lake City, UT 84106-2562 |
| 14834766 | + | Email/Text: rachael@forgecu.org | Sep 07 2024 02:44:00 | Forge Cu Fka Pstc Fcu, 1402 Bywood Ave, Upper Darby, PA 19082-3720 |
| 14834768 | + | Email/Text: rachael@forgecu.org | Sep 07 2024 02:44:00 | Forge F.C.U., 1402 Bywood Avenue, Upper Darby, PA 19082-3720 |
| 14834769 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 07 2024 02:43:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: admin | | Page 2 of 3 |
| Date Rcvd: Sep 06, 2024 | Form ID: 155 | | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14847766 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 07 2024 02:43:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14834772 | + | Email/PDF: ebnotices@pnmac.com | Sep 07 2024 03:13:19 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14848949 | + | Email/PDF: ebnotices@pnmac.com | Sep 07 2024 03:13:15 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14834773 | + | Email/Text: bankruptcy1@pffcu.org | Sep 07 2024 02:43:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14834774 | + | Email/Text: bankruptcy1@pffcu.org | Sep 07 2024 02:43:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch Street, Philadelphia,, PA 19107-2495 |
| 14839731 | + | Email/Text: bankruptcy1@pffcu.org | Sep 07 2024 02:43:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14834776 | + | Email/Text: ac@getpowerpay.com | Sep 07 2024 02:43:00 | Powerpayllc, 2900 Horizon Drive, King Of Prussia, PA 19406-2651 |
| 14839721 | | Email/Text: bnc-quantum@quantum3group.com | Sep 07 2024 02:43:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14845521 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Sep 07 2024 02:43:00 | Regions Bank DBA EnerBank USA, 650 S Main Street, Suite 1000, Salt Lake City, UT 84101-2844 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14834767 | *+ | Forge Cu Fka Pstc Fcu, 1402 Bywood Ave, Upper Darby, PA 19082-3720 |
| 14834775 | *+ | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14834777 | *+ | Powerpayllc, 2900 Horizon Drive, King Of Prussia, PA 19406-2651 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2024             Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Stephen Lawrence dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | |

District/off: 0313-2     User: admin     Page 3 of 3
Date Rcvd: Sep 06, 2024     Form ID: 155     Total Noticed: 28

    on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com

HOWARD GERSHMAN
    on behalf of Creditor Transit Workers Federal Credit Union hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MARY JACQUELINE LARKIN
    on behalf of Creditor Forge Federal Credit Union formerly PSTC Employees Federal Credit Union mjlarkin@vaughanmclean.com cgarrett@vaughanmclean.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

*Form 155* (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Stephen Lawrence  )  Case No. 23−13617−amc
 )
 )
   Debtor(s).  )  Chapter: 13
 )
 )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: September 5, 2024

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court