IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Stephen Lawrence | : | No. 23-13617-djb |
| Debtor(s) | : | |

NOTICE OF MOTION, RESPONSE DEADLINE
AND TELEPHONIC OR VIDEO HEARING DATE

Debtor(s), by attorney David M. Offen, has filed a Motion to Modify Plan with the Court for the proposed Modified Chapter 13 Plan filed on the docket to be approved.

1. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

2. If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the Motion, then on or before November 13, 2026, you or your attorney must file a response to the Motion.

3. A hearing on the Motion is scheduled to be held on December 3, 2026 at 9:30 a.m. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing conducted in the following format:

   ☐ Telephonic via: [court number]

   ☒ Video Conference using the following link: VIDEO conference on ZOOMGOV.com with JOIN meeting ID: 161 0657 4791.

   ☐ In-Person participation is also available for this hearing.

4. If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's Office for Philadelphia cases at 215-408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## Filing Instructions

1. If you are required to file documents electronically by Local Bankruptcy Rule 5005-2, you must file your response electronically.

2. If you are not required to file electronically, you must file your response at

   Office of the Clerk
   U.S. Bankruptcy Court
   900 Market Street, Suite 400
   Philadelphia, Pa. 19107

3. If you mail your response to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the Movant's attorney:

   David M. Offen, Esquire
   The Curtis Center
   601 Walnut Street, Suite 160 West
   Philadelphia, Pa. 19106
   215-625-9600
   info@offenlaw.com

   Kenneth E. West, Chapter 13 Standing Trustee
   190 N. Independence Mall West, Suite 701
   Philadelphia, PA 19106

Dated: October 29, 2026

/s/ David M. Offen
David M. Offen
Attorney for Debtor(s)
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA 19106
215-625-9600
info@offenlaw.com